RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE  12-9-14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANTHONY JOSEPH WILLIAMS (#397646) | DOCKET NO. 14-CV-2831; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| SHERIFFS OFFICE, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

### MEMORANDUM ORDER

Before the court is the pro se civil rights complaint (42 U.S.C. § 1983) of Plaintiff Anthony Joseph Williams. Plaintiff is an inmate in the custody of the Louisiana Department of Corrections, incarcerated at Elayn Hunt Correctional Center. He complains of conditions of his confinement in Avoyelles Parish. Plaintiff was granted leave to proceed in forma pauperis on November 13, 2014.

Plaintiff has filed numerous civil rights lawsuits, at least three of which were dismissed as frivolous, malicious, or for failing to state a claim for which relief can be granted.[1]  28 U.S.C. §1915(g) provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon

---

[1] Williams v. Wainwright, et al., 5:05-cv-34 (W.D.La.); Williams v. Wainwright, et al., 05-30680 (5th Cir. 2005); Williams v. Wainwright, et al., 5:09-cv-1440 (W.D.La.)

> which relief may be granted, *unless the prisoner is under imminent danger of serious physical injury*.

Plaintiff complains of conditions from a twelve day period in 2013, and he is no longer subject to the conditions of which he complains. Thus, he cannot be in imminent danger from those conditions.

Because Plaintiff is not in "*imminent danger of serious physical injury*," and because Plaintiff has previously filed numerous frivolous suits, he is not entitled to proceed *in forma pauperis*.

**Therefore**, the Order granting Plaintiff's motion to proceed *in forma pauperis* [Doc. #10] is hereby **REVOKED** and **RESCINDED**;

**IT IS FURTHER ORDERED** that in order for this complaint to remain viable, **Plaintiff must pay the full filing fee of four hundred dollars ($400.00) within twenty (20) days from the date of this order. <u>FAILURE TO PAY THE FULL FILING FEE WILL RESULT IN THE PLEADINGS BEING STRICKEN FROM THE RECORD.</u>**

**THUS DONE AND SIGNED** at Alexandria, Louisiana this ____ day of December, 2014.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE